**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,**<br><br>                    Plaintiff,<br>v.<br><br>**BARNEYS NEW YORK, INC.,**<br><br>                    Defendant. | Case No. 2:14-cv-405<br><br>**LEAD CASE** |
| **EDEKKA LLC,**<br><br>                    Plaintiff,<br>v.<br><br>**GOLFSMITH INTERNATIONAL, INC.,**<br><br>                    Defendant. | Case No. 2:14-cv-443<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS
BETWEEN PLAINTIFF EDEKKA LLC AND
DEFENDANT GOLFSMITH INTERNATIONAL, INC.**

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff eDekka LLC ("eDekka") and Defendant Golfsmith International, Inc. ("Golfsmith")"¥ m0P q0358+. Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against Golfsmith are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So Ordered and Signed on this**

**Nov 7, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE